1  MYTHILI RAMAN
   Acting Assistant Attorney General
2
   DANIEL G. BOGDEN
3  United States Attorney
   District of Nevada
4
   BRIAN R. YOUNG
5  ANNA KAMINSKA
   Trial Attorneys
6  1400 New York Avenue, NW
   Washington, DC 20530
7  (202) 616-3114

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| United States of America, | ) | MOTION TO UNSEAL |
| Plaintiff, | ) | Case Number 2:13-cr-439 |
| vs. | ) | |
| ANTHONG BRANDEL, JOSEPH MICELLI, JAMES WARRAS, SEAN FINN, MARTIN SCHLAEPFER, and HANS-JURG LIPS, | ) | |
| Defendants. | | |

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, Mythili Raman, Acting Assistant Attorney General, and Brian Young and Anna Kaminska, Trial Attorneys, and hereby moves this Court to unseal the above-captioned matter, including the un-redacted indictment. On December 12, 2013, the Honorable Nancy J. Koppe unsealed a redacted version of the indictment.

///

///

1

The sealing of the un-redacted indictment and the above-captioned matter is no longer necessary.

DATED this 13 day of December 2013.

DANIEL G. BOGDEN
United States Attorney

*(signed) Kathryn Newman for*
BRIAN R. YOUNG
Trial Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 13, 2013

2