DANIEL G. BOGDEN
United States Attorney

BRIAN R. YOUNG
ANNA G. KAMINSKA
Trial Attorneys
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-3114

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | 2:13-cr-00439-LDG-VCF |
| ) | |
| vs. ) | MOTION TO APPEAR TELEPHONICALLY |
| ) | |
| ANTHONY BRANDEL, ) | |
| JOSEPH MICELLI, ) | |
| JAMES WARRAS, ) | |
| SEAN FINN, ) | |
| MARTIN SCHLAEPFER, and ) | |
| HANS-JURG LIPS, ) | |
| ) | |
| Defendants. ) | |

The United States respectfully submits this motion seeking leave to appear telephonically for the hearing on defendant Joseph Micelli's motion to designate this matter as complex, which is set for June 20, 2014. Dkt. 55. Counsel for James Warras and Anthony Brandel do not oppose this motion to appear telephonically. Counsel for the United States was unable to contact counsel for Mr. Micelli to obtain his consent.

///

1   The basis for the instant motion to appear telephonically is that a telephonic appearance
2   would save travel expenses for counsel for the United States, who works in Washington, D.C.

Respectfully Submitted,

/s Brian R. Young
BRIAN R. YOUNG
Trial Attorney
U.S. Department of Justice

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   6-17-2014

The call in conference number is 1-702-868-4911, passcode 123456.  The call must be generated from a land line.

2

DANIEL G. BOGDEN
United States Attorney

BRIAN R. YOUNG
ANNA G. KAMINSKA
Trial Attorneys
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-3114

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | 2:13-cr-00439-LDG-VCF |
| vs. | ) ) ) | CERTIFICATE OF SERVICE |
| ANTHONY BRANDEL, JOSEPH MICELLI, JAMES WARRAS, SEAN FINN, MARTIN SCHLAEPFER, and HANS-JURG LIPS, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

I, the undersigned, hereby certify that this pleading was filed with the clerk of court via ECF and will be served electronically via ECF on all parties that have entered their appearances in this case.

Dated: June 17, 2014

                       __/s_____
                       Brian R. Young
                       Trial Attorney
                       U.S. Dept. of Justice

3