**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH MICELLI,

Defendant.

2:13-CR-439-KJD-(VCF)

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that defendant JOSEPH MICELLI pled guilty to Count One of a Twenty-Four-Count Criminal Indictment charging him with Conspiracy to Commit Wire Fraud and Securities Fraud in violation of Title 15, United States Code, Section 78j(b) and Title 18, United States Code, Sections 371 and 1343. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 187; Plea Agreement, ECF No. 189.

This Court finds defendant JOSEPH MICELLI agreed to the imposition of the in personam criminal forfeiture money judgment of $505,220 set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment, held jointly and severally liable with any codefendants. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 187; Plea Agreement, ECF No. 189.

This Court finds that JOSEPH MICELLI shall pay a criminal forfeiture money judgment of $505,220 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 15, United States Code, Section 78j(b); Title 18, United States Code, Sections 371 and 1343; and Title 21, United States Code, Se ction 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JOSEPH MICELLI a criminal forfeiture money judgment in the amount of $505,220 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Daniel D. Hollingsworth, Asset Forfeiture Unit.

DATED this 11th day of December, 2015.

UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on December 10, 2015.

*/s/ Mary Stolz*
Mary Stolz
FSA Paralegal