FILED  ___ ENTERED   ___ RECEIVED
                     ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

FEB 23 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:___                    DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:13-CR-439-KJD-(VCF) |
| JOSEPH MICELLI, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

This Court found that JOSEPH MICELLI shall pay the criminal forfeiture money judgment of $505,220 in United States Currency, held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 187; Plea Agreement, ECF No. 189; Amended Preliminary Order of Forfeiture, ECF No. 229.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JOSEPH MICELLI the criminal forfeiture money judgment in the amount of $505,220 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Daniel D. Hollingsworth, Asset Forfeiture Unit.

DATED this 23rd day of Feb, 2016.

_____
UNITED STATES DISTRICT JUDGE